| | |
|---|---|
| 1 | LAW OFFICES OF SANFORD I. HOROWITZ |
| | SANFORD I. HOROWITZ - 129699 |
| 2 | 846 Broadway, Suite H |
| | Sonoma, CA 95476 |
| 3 | Telephone: 707-996-4580 |
| | Facsimile: 707-996-2460 |
| 4 | IRIEESQ@aol.com |
| 5 | Attorney for Plaintiff |
| | ROY M. BARON, by and through his attorney-in-fact, |
| 6 | MARY LETSCH |
| 7 | |
| 8 | HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP |
| | JAMES A. NAPOLI - 131968 |
| | GLENDA M. ZARBOCK - 178890 |
| 9 | MOHAMMAD WALIZADEH - 233390 |
| | 333 Market Street, 21st Floor |
| 10 | San Francisco, CA 94105-2173 |
| | Telephone: (415) 777-3200 |
| 11 | Facsimile: (415) 541-9366 |
| | gzarbock@hansonbridgett.com |
| 12 | |
| 13 | Attorneys for Defendants |
| | KINDRED NURSING CENTERS WEST, L.L.C., dba |
| 14 | LAWTON HEALTHCARE CENTER, KINDRED |
| | HEALTHCARE OPERATING, INC., and KINDRED |
| 15 | HEALTHCARE, INC. |

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROY M. BARON, by and through his attorney-in-fact, MARY LETSCH, | No. C 04 5331 JSW ARB |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE AND [PROPOSED] ORDER** |
| v. | |
| KINDRED NURSING CENTERS WEST, L.L.C., dba LAWTON HEALTHCARE CENTER, KINDRED HEALTHCARE OPERATING, INC., and KINDRED HEALTHCARE, INC., | |
| Defendants. | |

- 1 -

STIPULATION TO CONTINUE HEARING DATE
AND [PROPOSED] ORDER (NO. C 04 5331 JSW ARB)

1187296.2

The parties to the above-captioned action jointly submit this Stipulation and Proposed Order to continue the hearing on Plaintiff's Motion for Leave to Amend Complaint and to Join Newly-Identified Defendants, Plaintiff's Motion for Order of Remand, and the Case Management Conference from May 20, 2005 in Department 2 to July 8, 2005 in Department 2.

Good cause exist for continuing these matters because the parties have settled the matter and expect to finalize the settlement documents in the near future.

DATED: May 11, 2005

LAW OFFICES OF SANFORD L. HOROWITZ

By: /s/ Sanford L. Horowitz
SANFORD L. HOROWITZ
Attorney for Plaintiff
ROY M. BARON, by and through his attorney-in-fact, MARY LETSCH

DATED: May 11, 2005

HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP

By: /s/ Mohammad Walizadeh
MOHAMMAD WALIZADEH
Attorneys for Defendants
KINDRED NURSING CENTERS WEST, L.L.C., dba LAWTON HEALTHCARE CENTER, KINDRED HEALTHCARE OPERATING, INC., and KINDRED HEALTHCARE, INC.

GOOD CAUSE APPEARING, IT IS SO ORDERED THAT:

The hearing on Plaintiff's Motion for Leave to Amend Complaint and to Join Newly-Identified Defendants, Plaintiff's Motion for Order of Remand, and the Case Management Conference is continued from May 20, 2005 in Department 2 to July 8, 2005 in Department 2.

Date: May 11, 2005

/s/ Jeffrey S. White
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge